AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of California ▼

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 1:22cr290 |
| Alexis Rudy Reyes ) | |
| _Defendant_ ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 11/2/22

_____
_Defendant's signature_

_____
_Signature of defendant's attorney_

Alan Eisner
_____
_Printed name of defendant's attorney_

_____
_Judge's signature_

Jennifer L. Thurston, U.S. District Judge
_____
_Judge's printed name and title_