EISNER GORIN LLP
ALAN EISNER, State Bar # 127119
16000 Ventura Blvd., Suite 1000
Encino, CA 91436
Phone: (818) 781-1570
Email: alan@egattorneys.com

Attorney for Defendant
ALEXIS RUDY REYES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 22-CR-00290-JLT-SKO-1 |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER CONTINUING SENTENCING |
| ALEXIS RUDY REYES, | ) Proposed Date: June 20, 2023 at 10:00 a.m. |
| Defendant. | ) |

Upon stipulation by both parties and for good cause shown, IT IS HEREBY ORDERED THAT: the sentencing for defendant Alexis Rudy Reyes be continued to June 20, 2023 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **March 16, 2023**

_____
UNITED STATES DISTRICT JUDGE