EISNER GORIN LLP
ALAN EISNER, State Bar # 127119
16000 Ventura Blvd., Suite 1000
Encino, CA 91436
Phone/ Fax: (818) 781-1570/5033
Email: alan@egattorneys.com

Attorney for Defendant,
ALEXIS RUDY REYES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR 22-00290-JLT-SKO |
| Plaintiff, | ) |
| | ) **ORDER SEALING DOCUMENTS** |
| vs. | ) |
| ALEXIS RUDY REYES, | ) |
| Defendant. | ) |
| | ) |
| | ) |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ORDERED THAT:

Defendant's Sentencing Position and Exhibits A through C thereto shall be filed under seal.  The sealing shall be for an unlimited duration.  Only the Court and the parties shall have access to the sealed documents.

IT IS SO ORDERED.

Dated:    June 12, 2023

_____

HON. JENNIFER L. THURSTON

United States District Judge

1