UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYRALISA LAVENA STEVENS,<br><br>                Plaintiff,<br><br>v.<br><br>JEFFREY A. BEARD, et al.,<br><br>                Defendants. | Case No. 1:17-cv-01002-JLT-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE LYRALISA LAVENA STEVENS**, CDCR # T-79267<br><br>DATE: July 11, 2023<br>TIME:  9:30 a.m. |

**Inmate Lyralisa Lavena Stevens, CDCR # T-79267**, a necessary and material witness on his behalf in a settlement conference on July 11, 2023, at 9:30 a.m., is confined at California Substance Treatment Facility and State Prison, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by video conference (via Zoom) before Magistrate Judge Barbara A. McAuliffe on July 11, 2023, at 9:30 a.m.**

    **ACCORDINGLY, IT IS ORDERED that:**

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear by video conference (via Zoom)** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the court;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

    **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    **To: The Warden of California Substance Abuse Treatment Facility:**

    **WE COMMAND** you to produce the inmate named above **to appear via video conference** at the time and place above, until completion of the proceedings, or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **June 12, 2023**

                                                 UNITED STATES MAGISTRATE JUDGE

