EISNER GORIN LLP
ALAN EISNER, State Bar # 127119
16000 Ventura Blvd., Suite 1000
Encino, CA 91436
Phone/ Fax: (818) 781-1570/5033
Email: alan@egattorneys.com

Attorney for Defendant,
ALEXIS RUDY REYES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 22-00290-JLT-SKO |
| Plaintiff, | Letter in Support of Defendant's Sentencing Position |
| vs. | |
| ALEXIS RUDY REYES, | |
| Defendant. | |

TO THE HONORABLE JENNIFER L. THURSTON, UNITED STATES DISTRICT JUDGE, AND TO ASSISTANT UNITED STATES ATTORNEY DAVID L. GAPPA:

Defendant Alexis Rudy Reyes, by and through his counsel of record Alan Eisner, hereby files a letter from Berta Reyes in support of his sentencing position.

Respectfully submitted,

EISNER GORIN LLP

Dated: June 19, 2023    /S/ ALAN EISNER
                        ALAN EISNER
                        Attorney for Defendant
                        ALEXIS RUDY REYES

1

Judge,

I am Alexis Rudy's mother. Alex was born healthy but had a seizure at 18 months. After rushing him to the hospital, he was found to have damage to half his brain which could affect his sight, speech, physical movement, and learning abilities. As Alex grew, I recognized he was different than my other children. He had a difficult time socializing, even with his own family. He would not respond to his teachers during class, was very reserved, and was recommended to see the school psychologist. We also took him to his pediatrician who told us there was nothing wrong with him. The same year Alex suffered another seizure from which there was no significant damage, but no understanding behind the cause.

As time went on, Alex attended junior high school, unable to learn at the pace of the other students. He attended special classes to learn how to read and write. Though he was able to pick up the ability to read from school, I had to teach him to write myself. We continued meeting with his psychologists and teachers to track his progress from elementary to high school.

One day in high school, Alex left school early without notifying me. The school called to inform me he had left, and I called to find him considering suicide and admitting to having suicidal thoughts often. I informed his teachers and psychologist, hoping he would be given treatment, but he was not.

He was enrolled into community college following graduation and though accepted, did not receive the help he needed from the counselor or teachers. My son was then enrolled into a private college instead and worked closely with a teacher to help him graduate in the field of business. Alex then met his girlfriend Becky, who he had been with for about ten years. This is when his sickness began to escalate, but Becky was instructed by him not to tell me. Alex had become bedridden, and Becky had stopped answering the phone and attending work to take care of him. When I found out and went to check on him, I found Alex barefoot and dirty and Becky looking depressed. He was taken to the doctor, given medicine, and returned to work. However, the neurologist told us that Alex would continue to worsen with age, while he began to take antidepressants and bipolar medications.

Alex would cry to me often, telling me the medication was not working, that he could not sleep, and it would drive him to suicidal thoughts. The psychiatrist gave instructions to us to avoid the trigger of his schizophrenia but could not do anything about these issues he was facing.

Alex is very sorry for what he has done; this is not like him. I implore you to please forgive my son. I understand he made a mistake and there is a need for punishment, but he does not belong in jail. He is a good man and has been to his friends and family while struggling throughout his life. His illness is serious, he takes heavy medication, and battles suicidal thoughts daily. I beg you to have mercy on my son.

Bertha Reyes

*[signature: Bertha Reyes]*
6-19-23

El juez,

Soy la madre de Alexis Rudy. Alex nació sano pero tuvo una convulsión a los 18 meses. Después de llevarlo al hospital, se descubrió que tenía daño a la mitad de su cerebro que podría afectar su vista, habla, movimiento físico y habilidades de aprendizaje. A medida que Alex crecía, reconocí que era diferente a mis otros hijos. Tuvo dificultades para socializar, incluso con su propia familia. Él no respondía a sus maestros durante la clase, era muy reservado, y se le recomendó ver al psicólogo de la escuela. También lo llevamos a su pediatra que nos dijo que no había nada malo en él. El mismo año Alex sufrió otra convulsión de la que no hubo daños significativos, pero no hubo comprensión detrás de la causa.

Con el paso del tiempo, Alex asistió a la escuela secundaria, incapaz de aprender al ritmo de los otros estudiantes. Asistió a clases especiales para aprender a leer y escribir. Aunque él fue capaz de aprender a leer de la escuela, tuve que enseñarle a escribir yo mismo. Continuamos reuniéndonos con sus psicólogos y maestros para rastrear su progreso desde la escuela primaria hasta la secundaria.

Un día en la escuela secundaria, Alex dejó la escuela temprano sin notificarme. La escuela me llamó para informarme que se había ido, y llamé para encontrarlo pensando en suicidarse y admitiendo tener pensamientos suicidas a menudo. Informé a sus maestros y psicólogo, esperando que le dieran tratamiento, pero no lo fue.

Fue inscrito en la universidad comunitaria después de la graduación y, aunque aceptado, no recibió la ayuda que necesitaba del consejero o maestros. Mi hijo fue entonces inscrito en una universidad privada y trabajó estrechamente con un maestro para ayudarlo a graduarse en el campo de los negocios. Alex luego conoció a su novia Becky, con quien había estado durante unos diez años. Fue entonces cuando su enfermedad comenzó a intensificarse, pero Becky fue instruido por él para que no me lo dijera. Alex se había acostado, y Becky había dejado de contestar el teléfono y asistir al trabajo para cuidar de él. Cuando me enteré y fui a revisarlo, encontré a Alex descalzo y sucio y a Becky con aspecto deprimido. Fue llevado al médico, le dieron medicamentos y regresó al trabajo. Sin embargo, el neurólogo nos dijo que Alex continuaría empeorando con la edad, mientras comenzaba a tomar antidepresivos y medicamentos bipolares.

Alex lloraba a menudo, diciéndome que la medicación no funcionaba, que no podía dormir, y que lo llevaría a pensamientos suicidas. El psiquiatra nos dio instrucciones para evitar el desencadenante de su esquizofrenia, pero no pudo hacer nada sobre estos problemas que estaba enfrentando.

Alex está muy arrepentido por lo que ha hecho; esto no es como él. Te ruego que por favor perdona a mi hijo. Entiendo que cometió un error y hay una necesidad de castigo, pero no pertenece a la cárcel. Es un buen hombre y ha estado con sus amigos y familiares mientras luchaba a lo largo de su vida. Su enfermedad es grave, toma medicamentos pesados y lucha contra los pensamientos suicidas diariamente. Te ruego que tengas misericordia de mi hijo.

Bertha Reyes

*[firma]*
6-19-23