PHILLIP A. TALBERT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-CR-00290-JLT-SKO |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| ALEXIS RUDY REYES, | |
| Defendant. | |

On or about June 14, 2023, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 1467(a), based upon the plea agreement entered into between plaintiff and defendant Alexis Rudy Reyes, forfeiting to the United States the following property:

    a. Apple iPhone, serial number DNRPTZJ4G5MC with a cracked screen in multiple places, and

    b. Apple iPhone 8 Plus, IMEI: 35677 00883 40748.

Beginning on August 2, 2023, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

1   The Court has been advised that no third party has filed a claim to the subject property
2   and the time for any person or entity to file a claim has expired.
3   Accordingly, it is hereby ORDERED and ADJUDGED:
4   1.   A Final Order of Forfeiture shall be entered forfeiting to the United States of
5   America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §
6   1467(a), to be disposed of according to law, including all right, title, and interest of Alexis
7   Rudy Reyes.
8   2.   All right, title, and interest in the above-listed property shall vest solely in the
9   name of the United States of America.
10   3.   The Federal Bureau of Investigation shall maintain custody of and control over
11   the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **November 13, 2023**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE